# EXHIBIT A



Explore  

## Customer Service Representative - Mobile

☐ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04076

**COUNTRY**

United States

**STATE/PROVINCE**

Alabama

**CITY**

Mobile

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- ■ Uses numerous computer workstation applications to supply live responses to customers' needs
- ■ Documents customer calls in the database system
- ■ Assists customers with functionality and basic troubleshooting of product or account issues
- ■ Assists in resolving serious complaints and escalated calls

- Maintains a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list       ☐       ☐                                              ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS COMPANIES       a  b  c   CONTACT    SITEMAP    PRIVACY POLICY    CORPORATE RESPONSIBILITY



Explore 

## Customer Service Representative - Phoenix

⬚ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04110

**COUNTRY**

United States

**STATE/PROVINCE**

Arizona

**CITY**

Phoenix

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

|  Back to list |  |  |

 Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS COMPANIES    a  b  c   CONTACT    SITEMAP    PRIVACY POLICY    CORPORATE RESPONSIBILITY



Explore 

Bilingual Customer Service Representative

☐ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04203

**COUNTRY**

United States

**STATE/PROVINCE**

Florida

**CITY**

Winter Haven

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list   ☐   ☐                                    ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS   a  b  c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY
COMPANIES

Jobs | The Results Companies



Explore 

## Customer Service Representative - Lakeland, FL

☐ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04103

**COUNTRY**

United States

**STATE/PROVINCE**

Florida

**CITY**

Lakeland

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list        ☐        ☐                                    ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS   a  b  c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY
COMPANIES



Explore 

## Customer Service Representative - Winter Haven, FL

☐ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04139

**COUNTRY**

United States

**STATE/PROVINCE**

Florida

**CITY**

Winter Haven

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list    ☐    ☐

☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS    a  b  c    CONTACT    SITEMAP    PRIVACY POLICY    CORPORATE RESPONSIBILITY
COMPANIES



Explore 

## Customer Service Representative - Streator

☐ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04143

**COUNTRY**

United States

**STATE/PROVINCE**

Illinois

**CITY**

Streator

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list     ☐     ☐                                                    ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS   a  b  c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY
COMPANIES



Explore

## Customer Service Representative - Lawrence, KS

☐ Apply onl

Email

Facebook

Twitter

Print

AddThis

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

JOB NUMBER

U04111

COUNTRY

United States

STATE/PROVINCE

Kansas

CITY

Lawrence

SCHEDULE TYPE

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.


Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list   ☐   ☐                                                   ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS    a  b  c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY
COMPANIES

Jobs | The Results Companies



Explore ≡

## Customer Service Representative - Raytown

 Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04118

**COUNTRY**

United States

**STATE/PROVINCE**

Missouri

**CITY**

Raytown

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list       ☐       ☐                                                    ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS   a  b  c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY
COMPANIES



Explore 

## Customer Service Representative - St. Joseph

☐ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04130

**COUNTRY**

United States

**STATE/PROVINCE**

Missouri

**CITY**

Saint Joseph

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

■ Uses numerous computer workstation applications to supply live responses to customers' needs
■ Documents customer calls in the database system
■ Assists customers with functionality and basic troubleshooting of product or account issues
■ Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list ☐ ☐

☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS COMPANIES   a   b   c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY



Explore  

## Customer Service Representative - Tiffany Springs, MO

☐ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

JOB NUMBER

U04124

COUNTRY

United States

STATE/PROVINCE

Missouri

CITY

Tiffany Springs

SCHEDULE TYPE

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond on general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- ■ Uses numerous computer workstation applications to supply live responses to customers' needs
- ■ Documents customer calls in the database system
- ■ Assists customers with functionality and basic troubleshooting of product or account issues
- ■ Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list    ☐    ☐

☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS COMPANIES    a b c    CONTACT    SITEMAP    PRIVACY POLICY    CORPORATE RESPONSIBILITY



Explore 

## Customer Service Representative - Blue Bell, PA

☐ Apply online

## Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04057

**COUNTRY**

United States

**STATE/PROVINCE**

Pennsylvania

**CITY**

Blue Bell

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list     ☐     ☐                                          ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS COMPANIES     a  b  c     CONTACT    SITEMAP    PRIVACY POLICY    CORPORATE RESPONSIBILITY

Case 7:18-cv-00170-O   Document 1-2   Filed 11/27/18   Page 35 of 61   PageID 56



Explore 

## Customer Service Representative - Corpus Christi, TX

☐ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04068

**COUNTRY**

United States

**STATE/PROVINCE**

Texas

**CITY**

Corpus Christi

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

  Back to list

  Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS COMPANIES   a  b  c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY



Explore 

## Customer Service Representative - Palestine

☐ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04094

**COUNTRY**

United States

**STATE/PROVINCE**

Texas

**CITY**

Palestine

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list      ☐      ☐                                    ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS   a  b  c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY
COMPANIES



Explore 

## Customer Service Representative - Paris

⬜ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04101

**COUNTRY**

United States

**STATE/PROVINCE**

Texas

**CITY**

Paris

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.


Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

■ Uses numerous computer workstation applications to supply live responses to customers' needs
■ Documents customer calls in the database system
■ Assists customers with functionality and basic troubleshooting of product or account issues
■ Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

| ☐ Back to list | ☐ | ☐ | | ☐ Apply online |

©2018 ALL RIGHTS RESERVED. THE RESULTS COMPANIES   a   b   c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY



Explore 

Customer Service Representative - Wichita Falls, TX

 Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

JOB NUMBER

U04135

COUNTRY

United States

STATE/PROVINCE

Texas

CITY

Wichita Falls

SCHEDULE TYPE

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list        ☐        ☐                                    ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS   a   b   c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY
COMPANIES



Explore 

## Customer Service Representative - Provo

⬚ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04072

**COUNTRY**

United States

**STATE/PROVINCE**

Utah

**CITY**

Provo

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.


Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

■ Uses numerous computer workstation applications to supply live responses to customers' needs
■ Documents customer calls in the database system
■ Assists customers with functionality and basic troubleshooting of product or account issues
■ Assists in resolving serious complaints and escalated calls

- Maintains a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list   ☐   ☐                                                    ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS   a   b   c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY
COMPANIES

Jobs | The Results Companies





## Customer Service Representative - Martinsville

⧉ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

### JOB NUMBER

U04058

### COUNTRY

United States

### STATE/PROVINCE

Virginia

### CITY

Martinsville

### SCHEDULE TYPE

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list    ☐    ☐                                                    ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS     a  b  c    CONTACT    SITEMAP    PRIVACY POLICY    CORPORATE RESPONSIBILITY
COMPANIES



Explore 

## Customer Service Representative - Midlothian

⬚ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04065

**COUNTRY**

United States

**STATE/PROVINCE**

Virginia

**CITY**

Alverser

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

# Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

[ Back to list ]   [ ]   [ ]

[ Apply online ]

©2018 ALL RIGHTS RESERVED. THE RESULTS COMPANIES   a  b  c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY



Explore 

## Customer Service Representative - Richmond

☐ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04122

**COUNTRY**

United States

**STATE/PROVINCE**

Virginia

**CITY**

Richmond

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains at a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

☐ Back to list     ☐     ☐                                              ☐ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS   a   b   c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY
COMPANIES



Explore 

Customer Service Representative - Stuart

☐ Apply online

# Company Overview

Headquartered in Fort Lauderdale, FL, The Results Companies is a privately held company which is majority owned by One Equity Partners, a Private Equity Firm, and Results' management. Results operates 26 contact centers throughout the United States, Latin America, and the Philippines. Results' Network Operating Center is co-located in the Atlanta Telx building, with full redundancy in our Provo, UT contact center location. For over 26 years we have served as a premier global customer experience provider for many Fortune 500 companies and uniquely designed, built and operated award-winning contact centers that have set the standard for innovative customer-focused contact solutions. Entrusted with over 46,000,000 relationships a year, our success and proven ability to respond to our Partner's growth has enabled us to expand our global footprint. With over 20,000 employees across the globe, The Results Companies' expertise extends beyond call centers. We're experts in representatives, analytical technologies, brand fulfillment and creating strategic advantages for our Partners

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service

**JOB NUMBER**

U04147

**COUNTRY**

United States

**STATE/PROVINCE**

Virginia

**CITY**

Stuart

**SCHEDULE TYPE**

excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

Description of Service Lines: Results' current client portfolio consists of 82 Partners across various industries inclusive of the following:

• Healthcare

• Insurance

• Wireless Telecommunications

• Financial Services

• Energy

• Education

• Subscriber Based Entertainment

• Tax Services

• Retail

• Cable/MSO

## Vision Statement

Our vision is to be the premier global Customer Experience Provider for Fortune 500 companies; to become the benchmark for brand advocacy and service excellence and the transparent provider of choice for customers around the world.

Driven by our "expect greater" commitment to our customers and communities, we aspire to exceed expectations through the brilliance and unyielding passion of our people.

The Company is an equal opportunity and affirmative action employer and will consider all qualified applicants without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, age, disability, veteran status or any other protected factors under federal, state or local law.

# Position Overview

The Results Associate manages Results Clients customers' phone/web/mail queries promptly and efficiently, and in accordance with company Policy and procedures. The Results Associate is responsible for providing quality and efficient customer service to customers; investigates account issues, respond to general inquires taking appropriate action while providing follow up to customer.

# Duties and Responsibilities

- Uses numerous computer workstation applications to supply live responses to customers' needs
- Documents customer calls in the database system
- Assists customers with functionality and basic troubleshooting of product or account issues
- Assists in resolving serious complaints and escalated calls

- Maintains a minimum, target levels of performance
- Maintains up to date level of product knowledge
- Multi Tasks: Listen, input data, proves solutions, navigates through various screens while applying customer satisfaction techniques

## Qualifications

- Must be proficient on computers. Ability to type 25 VMP or more
- Excellent English language skills. Must use proper English, spelling, grammar, punctuation, and syntax
- Articulate speech, clear and well modulated speaking voice
- Superb listening, probing, negotiation and de-escalation skills needed
- Must have excellent analytical and troubleshooting expertise
- Must be able to accommodate a flexible schedule, as needed
- Customer service or support service experience
- Proficient on computers
- Strong data entry skills
- Excellent customer service skills
- Excellent organizational skills
- Ability to work in a team environment

<div>▫ Back to list</div> <div>▫</div> <div>▫</div>

▫ Apply online

©2018 ALL RIGHTS RESERVED. THE RESULTS COMPANIES   a b c   CONTACT   SITEMAP   PRIVACY POLICY   CORPORATE RESPONSIBILITY