# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **RONALD GIBBS** and **BOBBI KAZMIERCZAK,** individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**THE RESULTS COMPANIES, LLC**, a Delaware Corporation,<br><br>Defendant. | Civil Case No.: |

## CONSENT TO SUE

I hereby consent to be a Plaintiff in the Fair Labor Standards Act case captioned above. I hereby consent to the bringing of any claims I may have under the Fair Labor Standards Act (for unpaid minimum and/or overtime wages, liquidated damages, attorney's fees, costs and other relief) and applicable state wage and hour law against the Defendant(s). I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC, and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _[signature]_  **Dated:** 11/23/2018

**Name:** bobbi Kazmierczak

**Address:** ████████ _____
*Street*

████████ tx 76306
*City, State, Zip Code*

Doc ID: 70851d3eaee2f877dd18d5654a119e8f208c608a