UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| RONALD GIBBS and BOBBI KAZMIERCZAK, individually, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE RESULTS COMPANIES, LLC, a Delaware Corporation,<br><br>    Defendant. | §§§§§§§§§§§§§§ CIVIL ACTION NO 7:18-cv-00170-O |

## JOINT STIPULATION

Plaintiffs Ronald Gibbs ("Gibbs") and Bobbi Kazmierczak ("Kazmierczak"), and Defendant The Results Companies LLC ("Results"), by their undersigned counsel of record, hereby jointly stipulate and agree that: (1) pursuant to a valid arbitration agreement, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, all claims asserted by Kazmierczak are dismissed, and (2) due to unique facts and circumstances, Results withdraws its Partially Opposed Motion to Dismiss or, In the Alternative, to Stay Proceedings and Compel Arbitration [Dkt. 12] (the "Motion") as to Gibbs. In support of this Joint Stipulation, the parties state as follows:

1.  On January 11, 2019, Results filed the Motion seeking to compel Plaintiffs to individual arbitrations based upon valid arbitration agreements. Kazmierczak did not oppose the relief requested in the Motion and is further unopposed to the dismissal of her claims in this matter.

2.  Gibbs opposes the Motion and does not consent to arbitration.

3. Due to a highly unique set of facts and circumstances related to the arbitration agreement between Gibbs and Results, Results agrees to withdraw the Motion as to Gibbs.

4. Results's agreement to withdraw the Motion as to Gibbs is not a waiver of its right to enforce the arbitration agreement against any other current or former employee who agreed to arbitration.

NOW, THEREFORE, the parties jointly request that this Court dismiss Kazmierczak from this action, withdraw the Motion as to Gibbs, and direct Results to file its answer to the Collective and Class Action Complaint [ECF 1] within 14 days of the Court's order granting the relief requested herein.

So stipulated and agreed.

Dated: January 29, 2019

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ Claudine Jackson*
Claudine Jackson
Texas State Bar No.: 00793800
115 Grand Avenue, Suite 222
Southlake, Texas 76092-7626
Telephone: 817-488-3134
Facsimile: 817-488-3214
Email: claudine.jackson@phelps.com

-and-

Dennis M. McClelland *(admitted pro hac vice)*
Florida State Bar No.: 91758
Julie Girard *(admitted pro hac vice)*
Florida State Bar No.: 124372
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5311
Telephone: 813-472-7550
Facsimile: 813-472-7570
Email: Dennis.McClelland@phelps.com

Email: julie.girard@phelps.com

**ATTORNEYS FOR DEFENDANT THE RESULTS COMPANIES LLC**


/s/ Jason T. Brown_____
Jason T. Brown *(admitted pro hac vice)*
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NC 07310
Telephone (877)-561-0000
Facsimile (855) 582-5297
jtb@jtblawgroup.com

*Lead Counsel for Plaintiffs*

Charles W. Branham
DEAN OMAR BRANHAM, LLP
302 Market Street, Suite 300
Dallas, TX 75202
Telephone: 214-722-5990
Facsimile:  214-722-5991
tbranham@dobllp.com

*Local Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I certify that on the 29th day of January 2019 I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court.  The Electronic case files system sends a "Notice of Electronic Filing" to all counsel who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Claudine Jackson
Claudine Jackson