UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| RONALD GIBBS and BOBBI KAZMIERCZAK, individually, and on behalf of others similarly situated,<br><br> Plaintiffs,<br><br>v.<br><br>THE RESULTS COMPANIES, LLC, a Delaware Corporation,<br><br> Defendant. | §§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO 7:18-cv-00170-O |

## AGREED ORDER

This matter is before the Court on the parties' Joint Stipulation [ECF ___]. For good cause shown, it is hereby **ORDERED** that the relief requested therein is **GRANTED**. This action is **DISMISSED** as to Plaintiff Bobbi Kazmierczak. Results's Partially Opposed Motion to Dismiss or, In the Alternative, to Stay Proceedings and Compel Arbitration [Dkt. 12] is **WITHDRAWN** as to Plaintiff Ronald Gibbs. Defendant is directed to file its answer to the Collective and Class Action Complaint [ECF 1] within 14 days of this order.

SO ORERED, this ____ day of _____, 2019.

                  _____
                  REED O'CONNOR
                  UNITED STATES DISTRICT JUDGE

Pursuant to Local Rule 7.1(c), counsel for both parties have signed this proposed agreed order.

*/s/ Claudine Jackson*                 */s/ Jason T. Brown*