UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| RONALD GIBBS,<br><br>    Plaintiffs,<br><br>v.<br><br>THE RESULTS COMPANIES, LLC, a Delaware Corporation,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO 7:18-cv-00170-O<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ronald Gibbs and Defendant The Results Companies LLC (collectively, the "Parties") hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear their own attorneys' fees and costs.

Date:  May 13, 2019

Respectfully submitted,

| BROWN, LLC | PHELPS DUNBAR LLP |
|---|---|
| */s/ Jason T. Brown* | */s/ Dennis M. McClelland* |
| Jason T. Brown *(admitted pro hac vice)* | Claudine Jackson |
| BROWN, LLC | Texas State Bar No.:  00793800 |
| 111 Town Square Place, Suite 400 | 115 Grand Avenue, Suite 222 |
| Jersey City, NC  07310 | Southlake, Texas  76092-7626 |
| Telephone:  (877) 561-0000 | Telephone:  (817) 488-3134 |
| Facsimile:  (855) 582-5297 | Facsimile:  (817) 488-3214 |
| Email:  jtb@jtblawgroup.com | Email:  claudine.jackson@phelps.com |
| ***LEAD COUNSEL FOR PLAINTIFFS*** | -and- |
| Charles W. Branham | Dennis M. McClelland *(admitted pro hac vice)* |
| DEAN OMAR BRANHAM, LLP | Florida State Bar No.:  91758 |
| 302 Market Street, Suite 300 | Julie Girard *(admitted pro hac vice)* |
| | Florida State Bar No.: 124372 |

<table>
<tr><td>

Dallas, TX 75202
Telephone: 214-722-5990
Facsimile:  214-722-5991
Email:  tbranham@dobllp.com

*LOCAL COUNSEL FOR PLAINTIFFS*

</td><td>

100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5311
Telephone:  (813) 472-7550
Facsimile:  (813) 472-7570
Email:  dennis.mcclelland@phelps.com
Email:  julie.girard@phelps.com

**ATTORNEYS FOR DEFENDANT THE RESULTS COMPANIES LLC**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I certify that on May 13, 2019, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court.  The Electronic case files system sends a "Notice of Electronic Filing" to all counsel who have consented in writing to accept this Notice as service of this document by electronic means.

                */s/ Dennis M. McClelland*
                Dennis M. McClelland