UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RONALD GIBBS,<br><br>　　Plaintiffs,<br><br>v.<br><br>THE RESULTS COMPANIES, LLC, a<br>Delaware Corporation,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO 7:18-cv-00170-O |

## ORDER

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, this action is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Signed in Wichita Falls, Texas this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE


Approved As to Substance and Form:

*/s/   Jason T. Brown*
Jason T. Brown
Attorney for Plaintiffs


*/s/   Dennis M. McClelland*
Dennis M. McClelland
Attorney for Defendant

PD.25882741.1